SCANNED

## Kings **INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

File Date: November 7, 2022
Case Number: 22-cr-504
Judge Dora Lizette Irizarry
Judge Taryn A. Merkl

1. Title of Case: <u>United States v. Maurice Mizrahi</u>

2. Related Magistrate Docket Number(s): <u>21-mj-1277</u>

3. Arrest Date: <u>11/5/2021</u>

4. Nature of offense(s):   ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules):

6. Projected Length of Trial:   Less than 6 weeks   ☒
   More than 6 weeks   ☐

7. County in which crime was allegedly committed: Kings County
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.  ☐ Yes  ☒ No

9. Has this indictment/information been ordered sealed?   ☐ Yes  ☒ No

10. Have arrest warrants been ordered?   ☐ Yes  ☒ No

11. Is there a capital count included in the indictment?  ☐ Yes  ☒ No

BREON PEACE
United States Attorney

By:    /s/Chand W. Edwards-Balfour
Chand W. Edwards-Balfour
Assistant U.S. Attorney
(718) 254-6238

Rev. 10/04/12